In the Matter of the Claim of JAMES E. BRANNIGAN, Respondent, against PETER TERZAKIS, Doing Business as METROPOLITAN PAINTING AND DECORATING Co., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 13, 1955; decided November 23, 1955.

*Paul F. Donohue* for appellants.

*Jacob K. Javits, Attorney-General (Gilbert M. Landy, James O. Moore, Jr.,* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.